IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK UMBLE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE FIRE AND CASUALTY COMPANY,<br><br>Defendant. | 8:23CV507<br><br>ORDER TO SHOW CAUSE |

On September 12, 2024, the Court entered an order, Filing No. 38, finding Defendant is entitled to reimbursement for its attorney's fees and expenses incurred in preparing the motion for sanctions, Filing No. 36, and associated evidence.

The order required Defendant to submit an itemized billing statement of its fees to Plaintiff by October 14, 2024. If Plaintiff did not respond to Defendant's itemization, Defendant was ordered to file a notice of fees to be awarded by October 25, 2024. If Plaintiff timely objected to Defendant's itemization, Defendant was ordered to file a motion for assessment of attorney fees and costs by November 1, 2024. Defendant has not filed a motion or taken other action consistent with the Court's order.

Accordingly,

1

IT IS ORDERED:

1) On or before November 27, 2024, Defendant shall show cause why it has not complied with the Court's order at Filing No. 38.
2) The failure to timely comply with this order will result in Defendant forfeiting any attorney's fees and expenses incurred in preparing the motion for sanctions, Filing No. 36, and associated evidence without further notice.

Dated this 13th day of November, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge