IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK UMBLE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE FIRE AND CASUALTY COMPANY,<br><br>Defendant. | 8:23CV507<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Stipulation and Joint Motion to Dismiss. ([Filing No. 56](#).) Having considered the matter, the Court will accept the Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 21st day of March, 2025.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge